**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| GUSTAVO OLMETA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYLIION HOLDINGS CORP., THOMAS HEALY, and JON PANZER,<br><br>Defendants. | **Case No.: 1:26-cv-02375** |

**ORDER**

Before the Court is the Parties' Joint Stipulation Regarding Service of Process and Response to Initial Complaint ("Joint Stipulation"). Having considered the Joint Stipulation, the Court grants such request. IT IS HEREBY ORDERED:

1. Undersigned counsel for Defendants is authorized to accept, and hereby does accept, service of the summons and Initial Complaint on behalf of Defendants, without prejudice to or waiver of any of Defendants' defenses, objections or arguments, except as to sufficiency of service of process;

2. Defendants are not required to answer, move to dismiss, or otherwise respond to the Initial Complaint unless or until agreed by the Parties or ordered by the Court; and

3. Within fourteen (14) days of appointment of a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4, lead counsel and counsel for Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with the Parties' proposed schedule for the filing of an amended complaint (if any) and the filing of any motion to dismiss.

IT IS SO ORDERED.

SIGNED this 15th day of September, 2026.

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE