IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GUSTAVO OLMETA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HYLIION HOLDINGS CORP., THOMAS HEALY, AND JON PANZER,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-cv-02375-DAE<br><br>**MOVANT KHALIL ALTAMIMI'S APPENDIX ACCOMPANYING HIS MOTION TO APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION |

Attached are true and correct copies of the following exhibits:

Exhibit 1: PSLRA early notice issued on August 28, 2026;

Exhibit 2: Movant Khalil Altamimi's PSLRA Certification;

Exhibit 3: Movant Khalil Altamimi's Loss Chart;

Exhibit 4: The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 5: Condon Tobin Sladek Sparks Nerenberg PLLC's firm resume.

Dated: October 27, 2026

Respectfully submitted,

**CONDON TOBIN SLADEK SPARKS NERENBERG PLLC**

*/s/ Stuart L. Cochran*

Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Lane, Suite 700
Dallas, TX 75231
Telephone: (214) 265-3804
Fax: (214) 691-6311
Email: scochran@condontobin.com

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (*pro hac vice* application forthcoming)
Phillip Kim, Esq. (*pro hac vice* application forthcoming)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: philkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran