# EXHIBIT 1

businesswire
A BERKSHIRE HATHAWAY COMPANY

Aug 28, 2026 1:28 PM Eastern Daylight Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Hyliion Holdings Corp. Investors – HYLN

Share

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Hyliion Holdings Corp. (NYSE American: HYLN) between May 12, 2026 and June 23, 2026, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Hyliion investors under the federal securities laws.

To join the Hyliion class action, go to https://rosenlegal.com/cases/hyliion-holdings-corp/join or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) in order to cause rapid price appreciation in Hyliion stock, defendants announced a deal with an entity that was very recently formed and does not appear to have any actual business operations; (2) Thomas Healy, the Company's Chief Executive Officer (CEO), and Jon Panzer the Company's Chief Financial Officer (CFO), timed the announcement and foregoing price appreciation to insider trade; and (3) as a result, defendants' statements about Hyliion's business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than October 27, 2026**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/cases/hyliion-holdings-corp/join or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT.

AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured billions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

**Industry:** Class Action Lawsuit Professional Services Legal

The Rosen Law Firm
TOP RANKED GLOBAL INVESTOR COUNSEL
866-767-3653 www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

THE ROSEN LAW FIRM, P.A.

**RELEASE VERSIONS**

English

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

# More News From The Rosen Law Firm, P.A.

Get RSS Feed

### Monolithic Power Investor News: Rosen Law Firm Announces Investigation of Breaches of Fiduciary Duties by the Directors and Officers of Monolithic Power Systems, Inc. – MPWR

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces an investigation of potential breaches of fiduciary duties by the directors and officers of Monolithic Power Systems, Inc. (NASDAQ: MPWR).If you currently own shares of Monolithic Power stock, please visit the firm's website at...