# EXHIBIT 3

**Hyliion Holdings Corp. Loss Chart**
**Class Period: May 12, 2026 through June 23, 2026**

**Lookback Price**
$3.92

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Khalil Altamimi | 6/22/2026 | 22899 | ($7.50) | **($171,742.50)** | 6/25/2026 | 22899 | $4.76 | **$109,109.72** | | | |
| | | **22899** | | **($171,742.50)** | | **22899** | | **$109,109.72** | **0** | **$0.00** | **($62,632.78)** |