# EXHIBIT 5

condon tobin
SLADEK SPARKS NERENBERG

**CONDON TOBIN SLADEK SPARKS NERENBERG PLLC ("CTSTN")** is a full-service business law firm in Dallas, Texas with collective expertise in a wide range of practice areas, including complex litigation involving high-stakes business disputes, intellectual property, consumer class actions, bankruptcy and restructuring matters, and law.loyment

Led by trial lawyers **Aaron Z. Tobin** and **Stuart L. Cochran**, the CTSTN litigation practice is national in scope and has successfully represented clients ranging from Fortune 500 companies to small businesses, solo entrepreneurs to classes of consumers, and employees to executives in a range of sectors, including financial services, consumer goods, oil & gas, real estate, technology, and health care. CTSTN's litigation breadth includes disputes related to business transactions, class actions, employment law, trade secrets, intellectual property, creditors' rights, and securities fraud, including:

| | |
|---|---|
| • Breach of contract<br>• Breach of fiduciary duty<br>• Consumer protection<br>• Trade secret theft<br>• Intellectual property<br>• Bankruptcy and restructuring litigation<br>• Securities fraud<br>• Shareholder actions<br>• Employment law<br>• Oil and gas disputes<br>• Real estate and lending disputes<br>• Anti-trust and unfair competition<br>• Unfair business practices and competition | • Interference with business relationships and contracts<br>• Civil conspiracy<br>• Breach of employee non-disclosure, non-competition, and non-solicitation agreements<br>• Disparagement, defamation, libel, and slander<br>• Trademark and copyright dilution and infringement<br>• Corporate "raiding"<br>• Conversion and misappropriation of trade secrets<br>• False advertising, deceptive trade practice disputes |

condon tobin
SLADEK SPARKS NERENBERG

**Aaron Z. Tobin** is an accomplished trial lawyer and is a past President of the Dallas Bar Association. He is perennially named to *Best Lawyers in America* and has been named one of the Top 100 lawyers in Texas by Texas Super Lawyers. Mr. Tobin regularly represents Fortune 500 companies, private equity, small and mid-size businesses, executives, officers, directors, and entrepreneurs in state and federal courts all over the country in the areas of business, employment, intellectual property, securities, antitrust, breach of contract, fiduciary duty, officer and director liability, business fraud, fraudulent transfer, and surety litigation. He has successfully tried and obtained over $72 million dollars in jury verdicts in business cases.

Mr. Tobin frequently represents debtors, trustees and creditors in bankruptcy and workout litigation, to include fraudulent transfer, preference and avoidance actions, confirmation, discharge, and claims objections, as well as other adversary disputes and post-judgment litigation.

Mr. Tobin is the recipient of many awards and leadership positions, including:

- State Bar of Texas – Board of Directors 2022-2025
- Dallas Bar Association – President 2021
- 2019-2024 Best Lawyers in America – Commercial Litigation
  2022-2024 *Best Lawyers in America* – Bankruptcy & Creditor Debtor Rights & Reorganizational Law
- 2018 Top 100 Lawyers in Texas by Super Lawyers
- 2018 Top 100 Lawyers in Dallas/Fort Worth by Super Lawyers
- Texas Super Lawyers 2014-2023 and Texas Rising Stars listing from 2009-2014 by Thompson Reuters. This honor is only bestowed on the top 2 1/2% of Texas lawyers eligible for the award.

- Named to "Best Lawyers in Dallas" by D Magazine, 2012, 2016, 2017, 2021 and 2023
- Master, Patrick E. Higginbotham American Inn of Court
- Texas Bar Foundation Fellow
- Dallas Bar Association Fellow
- Dallas Association of Young Lawyers, Life Fellow
- Receipt of Presidential Citations for Chairing Dallas Bar Association's Equal Access to Justice Campaign and Saving the Jury Trial and Public Forum Committees

Mr. Tobin is admitted in many courts across the nation, including:

- State Bar of Texas
- Fifth Circuit Court of Appeals
- United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas
- Northern District of Illinois
- District of Colorado
- Eastern, Central and Western Districts of North Carolina
- State Bar of North Carolina

**Stuart L. Cochran** has been practicing law for twenty-five years. He focuses his practice on complex business and commercial litigation, class actions, and consumer cases representing publicly traded corporations, privately-held businesses, individual business owners, consumers, and executives as both plaintiffs and defendants in complex cases. Mr. Cochran has a nationally recognized class-action practice and is consistently selected by his peers as one of the Best Lawyers in Dallas, as published by D Magazine, and as a Texas Super Lawyer. Mr. Cochran has helped businesses, individuals, and classes recover hundreds of millions of dollars, and he has saved his business clients millions more.

condon tobin
SLADEK SPARKS NERENBERG

Mr. Cochran spent his early career in the trial section of one of the largest international firms in the United States, where he gained experience in a wide variety of business cases involving numerous industries, including energy, commercial real estate, telecom, IT, aerospace, accounting/audit, aviation, healthcare, logistics, insurance, commodities, and securities.

Immediately preceding CTSTN, Mr. Cochran was a founding partner of two litigation boutiques, both of which were in engaged in high-stakes complex litigation, including class actions, antitrust, consumer protection, fiduciary duty, breach of contract, intellectual property, and virtually every kind of business tort cases.

Mr. Cochran has represented clients in federal, state, and arbitration proceedings in almost half the states in the nation, including in Texas, Oklahoma, Arizona, Alabama, Georgia, Arkansas, Missouri, Maryland, New York, Colorado, Washington, D.C., Florida, Illinois, California, Ohio, Washington state, Massachusetts, Tennessee, and North Carolina.

Mr. Cochran has been the recipient of many awards and recognitions, including:

- 2005 Texas Super Lawyer Rising Star
- 2020 -2021 D Magazine Best Lawyer in Dallas
- 2021 – 2023 America's Top 100 Bet-the-Company Litigators
- 2021 – 2024 Texas Super Lawyer
- 2020 -2025 Martindale Hubbell AV-Preeminent Rated
- 2015-2017 Appointed to State Bar of Texas' Pattern Jury Charge Committee for the Business and Consumer Section.
- 2017 Recognized by Top Verdict for obtaining one of the fifty biggest settlements in the state of Illinois.

condon tobin
SLADEK SPARKS NERENBERG

- 2018 Presented a mock argument at the American Bar Association's Antitrust Annual Meeting in Washington, D.C. regarding data breach class action.
- 2020 Recognized by Top Verdict for obtaining the second largest settlement in the state of Illinois.

Mr. Cochran has been appointed class counsel in many certified class actions, resulting in hundreds of millions of dollars in recovered damages and injunctive relief for class members, including:

- *Morrison v. Ross Stores, Inc.,* No. 4-18-cv-02671 (N.D. Cal)
- Hawes et. al. v. Macy's Inc., 1:17-CV-00754 (S.D. Ohio)
- *Jackson and Blankenship v. Dole Packaged Foods LLC,* No. 23-LA-0361 (Circuit Court for St. Clair County, Illinois)
- *Miloro v. Van's International Foods, Inc.,* No. 15PH-CV00642 (Circuit Court for Phelps County, Missouri)
- *Tovar v. Drews LLC,* No. 16-L-313 (Circuit Court for St. Clair County, Illinois)
- *Morrison and Collier v. Natural Chemistry, L.P.*, No. 16SL-CC01991 (Circuit Court of St. Louis County, Missouri)
- *Dugan v. Topco Associates LLC,* No. 16-L-446 (Circuit Court for St. Clair County, Illinois)
- *Pryzbysz et. al. v. Kraft Heinz Foods Co.,* No. 17-L-0402 (Circuit Court for St. Clair County, Illinois)
- *Barnes et. al. v. River North Foods, Inc.*, No. 16-L-459 (Circuit Court for St. Clair County, Illinois)
- *Hansen-Mitchell et. al. v. Welspun USA, Inc., et. al.,* No. 19-L-0391 (Circuit Court for St. Clair County, Illinois)

Mr. Cochran regularly serves as local or liaison counsel in federal securities fraud cases and derivative actions, including:

- *Cecere v. Eric S. Langan, RCI Hospitality Holdings, Inc., et al.*, No. 4:19-cv-03080 (United States District Court for the Southern District of Texas)
- *Bodin v. SAExploration Holdings, Inc., et al.*, No. 4:19-cv-03089 (in the United States District Court for the Southern District of Texas)
- *White v. Just Energy Group, Inc., et al.*, No. 4:20-cv-590 (in the United States District Court for the Southern District of Texas)
- *Patel v. Reata Pharmaceuticals, Inc., et al., No.*, 4:20-cv-00796 (in the United States District Court for the Eastern District of Texas)
- *Bettiol v. Energy Transfer LP, LE GP, LLC,* No. 3:19-cv-02890 (pending in the United States District Court for the Northern District of Texas)
- *McKenna v. Ronald Cogburn, et al.*, No. 3:20-cv-1800 (in the United States District Court for the Northern District of Texas)
- *James Celeste, v. Intrusion, Inc., et al.*, No. 4:21-cv-00307 (in the United States District Court for the Eastern District of Texas)
- *In re Cabot Oil & Gas Corporation, Derivative Litigation*, No. 4:21-cv-02046 (in the United States District Court for the Southern District of Texas)
- *Eric Bender & Nader Misri v. Vertex Energy, Inc., et al.*, No. 4:23-cv-02145 (in the United States District Court for the Southern District of Texas)
- *Kim Schelling v. Microvast Holdings, Inc.*, No. 4:23-cv-045656 (pending in the United States District Court for the Southern District of Texas)
- *Ayers v. William J. Berger, Sunnova Energy International, Inc., et al.*, 4:24-cv-2294 (pending in the United States District Court for the Southern District of Texas)
- *Morariu v. Steve Chapman, Natera, Inc., et al.*, No. 1:23-cv-01251 (pending in the United States District Court for the Eastern District of Texas)
- *Yazzan Qawasmi v. American Airlines Group, Inc., et al.*, 4:24-cv-0673 (pending in the United States District Court for the Northern District of Texas)

condon tobin
SLADEK SPARKS NERENBERG

- *Holzer v. Bumble Inc., et al.,* No. 1:24-cv-01131 (pending in the United States District Court for the Northern District of Texas)

- *In re Globe Life Inc. f/k/a Torchmark Corporation Stockholder Derivative Litigation,* 4:24-cv-0993, pending in the United States District Court for the Eastern District of Texas)

From 2015-2017, Mr. Cochran was chosen by the President of the State Bar of Texas to serve on the State Bar of Texas' Pattern Jury Charge Committee for the Business and Consumer Section. That Committee is responsible for editing and publishing the jury instructions and questions that are submitted in every business and consumer case across the state of Texas.

Mr. Cochran is an Honors graduate of the University of Texas at Austin, where he obtained both his B.A. and his J.D. He is licensed in Texas and Missouri and is admitted or has been admitted for limited purposes in many federal courts across the country, including the United States Fifth Circuit Court of Appeals, the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; the United States District Courts for the Southern and Northern Districts of California; the United States District Court for the Southern District of Illinois; the United States District Court for the Southern District of Ohio; the United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Washington.